JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

SYLVIA VEGA,　　　　　　　　　) Case No: 5:26-cv-01104-KES
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　) **[PROPOSED]**
　　　vs.　　　　　　　　　　　) **JUDGMENT**
　　　　　　　　　　　　　　　　)
FRANK BISIGNANO,　　　　　　　)
Commissioner of Social Security,　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)
_____ )

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:　June 25, 2026　　　　_____
　　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE