Troy D. Monge, Esq.
Law Offices of Troy D. Monge, APC
2300 E. Katella Ave, Suite 325
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Sylvia Vega

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SYLVIA VEGA,

  Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

  Defendant.

)  No. 5:26-cv-01104-KES
)
)  **[~~PROPOSED~~] ORDER AWARDING**
)  **EQUAL ACCESS TO JUSTICE**
)  **ACT ATTORNEY FEES AND**
)  **COSTS**
)
)
)
)
)
)

  Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

  IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS and FIFTY-FIVE CENTS ($3,337.55), and costs under 28 U.S.C. §

/ / /

/ / /

/ / /

1

1920, in the amount of FOUR HUNDRED FIVE DOLLARS AND NO CENTS ($405.00), subject to the terms of the above-referenced Stipulation.

Dated: July 7, 2026

_____
THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2